UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   **CV 21-8728-MWF (Ex)**                 Dated: **January 24, 2022**

Title:       Nicole Swain v. Enterprise Bank and Trust, et al.

_____

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

            V.R. Vallery                    Amy Diaz
            Courtroom Deputy                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

      Gary S. Brotman                       Christina Tellado
                                            Mary T. Vu


PROCEEDINGS:  (TELEPHONIC) PLAINTIFF'S MOTION FOR LEAVE TO FILE
               AMENDED COMPLAINT AND TO REMAND CASE [13]

      Case called, and counsel make their appearance. The Court invites counsel to respond
to the tentative ruling. Arguments by counsel are heard.  For the reasons stated on the record,
the Court takes the motion under submission. An order will issue.


                                          Initials of Deputy Clerk   _vrv_
:14 min